IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL NO. 5:14-CR- 39 - CAR |
| vs. | : |
| | : VIOLATIONS: |
| EMILIA G. BELL | :    18 U.S.C. § 1711 |
| | : |
| | : |

**THE GRAND JURY CHARGES:**

## COUNT ONE

**(Misappropriation of Postal Funds)**

From on or about August 2, 2013, through on or about November 14, 2013, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

**EMILIA G BELL,**

who was then a United States Postal Service Employee and who had been entrusted with United States postal money orders which had lawfully come into her hands and was under her control by virtue of her office, did intentionally, willfully and knowingly embezzle and convert to her own use, money of the United States, namely, funds, exceeding $1,000.00 in value, all in violation of Title 18, United States Code, Section 1711.

A TRUE BILL.

_____
s/FOREPERSON OF THE GRAND JURY

Presented by:

MICHAEL J. MOORE
UNITED STATES ATTORNEY

*Sonja B. Profit*
_____
SONJA B. PROFIT
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 8th day of July, AD 2014.

_____
Deputy Clerk